UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Edward Gresham,

    Plaintiff,

    v.                        Case No. 2:14–cv–1906

Gary C. Mohr, *et al.*,          Judge Michael H. Watson

    Defendants.          Magistrate Judge Deavers

## ORDER

On February 3, 2017, Magistrate Judge Deavers, to whom this case was assigned, issued a Report and Recommendation ("R&R") recommending that the Court grant judgment on the pleadings to Defendants in this *pro se* prisoner civil rights case. R&R 1, ECF No. 32.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). *Id*. The R&R further specifically advised the parties that the failure to object within fourteen days would result in a waiver of the right to de novo review by the District Judge and the right to appeal the decision of the District Judge adopting the R&R. *Id*. at 7. The deadline for filing such objections has passed, and no objections were filed.

Accordingly, the Court **ADOPTS** the R&R and grants judgment on the pleadings to Defendants.  The Clerk shall enter judgment for Defendants and terminate this case.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**